IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION
IN ADMIRALTY

| | |
|---|---|
| TIMOTHY E. EBLE, ) | |
| ) | CIVIL ACTION NO.: 2:11-cv-03282 |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| SAILING VESSEL LE PINGOUIN ) | |
| Official Number 1227004, her engines, ) | |
| bowspirit, anchor, cables, chains, rigging, ) | |
| tackle, apparel, furniture and all accessories ) | |
| hereunto appertaining and belonging to her, ) | |
| *in rem*, AND VAN LIEW VENTURES, ) | |
| INC., *in personam*, ) | |
| ) | |
| Defendants. ) | |

**IT APPEARING** that defendant S/V LE PINGOUIN (Coast Guard Official Number 1227004) is in default for failure to plead or otherwise defend as required by Law;

**NOW, THEREFORE**, **DEFAULT** is hereby entered against defendant S/V LE PINGOUIN (Coast Guard Official Number 1227004), in the amount of Four Hundred Seventy-Two Thousand Three Hundred Five and 00/100 ($472,305.27) Dollars, plus costs, as provided by Rule 55 of the Federal Rules of Civil Procedure.

**AND IT IS SO ORDERED**.

_____
PATRICK MICHAEL DUFFY
United States District Judge

July 26, 2012